# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION
OF IN FORMA PAUPERIS REQUEST.

No. 77033

GERARD A. SANCHEZ, SR.,
Appellant,
vs.
VERIZON COMMUNICATIONS, INC.,
Respondent.

FILED

JAN 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's motion for leave to proceed in forma pauperis. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion for leave to proceed in forma pauperis. We conclude, therefore, that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-02970

cc: Hon. Linda Marie Bell, Chief Judge
Gerard A. Sanchez, Sr.
Eighth District Court Clerk